# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MEMC ELECTRONIC MATERIALS,** et al., | : : : | |
| Plaintiffs, | : : | Case No. 2:12-CV-344 |
| v. | : : | **JUDGE ALGENON L. MARBLEY** |
| **KARTHIK BALAKRISHNAN,** | : : : | **Magistrate Judge Norah McCann King** |
| Defendant. | : : | |

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

Counsel for Defendant Karthik Balakrishnan has requested a telephonic status conference to discuss the scope of the Temporary Restraining Order entered by this Court on April 20, 2012. (Doc. 8.)  Counsel for Defendant had not yet been retained at the time this Court held the Local Rule 65.1 Conference on April 19, 2012.  To promote judicial economy, counsel for Defendant's current employer, Iosil Energy Corporation ("Iosil"), will also be participating in the telephonic status conference, and counsel for Plaintiffs MEMC Electronic Materials, Inc. and MEMC Pasadena, Inc. has represented that he does not object to participation of Iosil's counsel.  Counsel for Plaintiffs and Defendant, as well as counsel for Iosil, are ordered to participate in a telephone status conference at **10:30 a.m. on May 3, 2012**.  The Court will contact the parties at that time.

**IT IS SO ORDERED.**

                                                      **s/ Algenon L. Marbley**
                                                      **Algenon L. Marbley**
                                                      **United States District Judge**

**Dated: May 2, 2012**